1

2

3

4

5

6          UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
7                  AT SEATTLE

8  UNITED STATES OF AMERICA,              )
                                          )
9                      Plaintiff,         )   Case No. CR111-56-JLR
                                          )
10         v.                             )   **DETENTION ORDER**
                                          )
11  JESSE JACOB STACY,                    )
                                          )
12                     Defendant.         )
   _____)

13  Offense charged:

14      Felon in Possession of a Firearm.

15  Date of Detention Hearing:  February 28, 2011.

16      The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which the defendant can meet will reasonably

19  assure the appearance of the defendant as required and the safety of any other person and the

20  community.

21          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22      Mr. Stacy is serving a state prison term and indicated at the detention hearing that as he is

23  not subject to release, he does not contest detention.

DETENTION ORDER - 1

1    It is therefore ORDERED:

2    (1)      Defendant shall be detained pending trial and committed to the custody of the

3    Attorney General for confinement in a correctional facility separate, to the extent practicable,

4    from persons awaiting or serving sentences, or being held in custody pending appeal;

5    (2)      Defendant shall be afforded reasonable opportunity for private consultation with

6    counsel;

7    (3)      On order of a court of the United States or on request of an attorney for the

8    Government, the person in charge of the correctional facility in which Defendant is confined

9    shall deliver the defendant to a United States Marshal for the purpose of an appearance in

10    connection with a court proceeding; and

11    (4)      The clerk shall direct copies of this order to counsel for the United States, to

12    counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

13    Officer.

14    DATED this 25th day of February, 2011.

15

16

17    _____

18    BRIAN A. TSUCHIDA
      United States Magistrate Judge

19

20

21

22

23

DETENTION ORDER - 2